# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141253 & (47)

GARY HOVANEC,
        Plaintiff-Appellee,

v

SC: 141253
COA: 289615
Genesee CC: 05-082251-NO

CITY OF FLINT,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

Costs are imposed against attorney Angela Watkins, only, in the amount of $250, to be paid by her personally to the Clerk of this Court.

CAVANAGH and HATHAWAY, JJ., would simply deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2010

_____
Clerk

d1221